The People of the State of New York, Respondent, v. Tony Sorrentino, Appellant.— Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York ex rel. Brooklyn, Queens County and Suburban Railroad Company, Respondent, v. Alfred E. Steers, President of the Borough of Brooklyn, Appellant.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Alexander Aljnuick, Appellant, v. American Manufacturing Company, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Frances Freeland Delabarre, Respondent, v. Anna S. Sees, Individually and as Executrix, etc., Appellant, and Maria L. Delabarre, Respondent. — Judgment and order reversed and new trial granted, costs to abide the final award of costs, on the ground that the proofs fall short of showing any undue influence by the appellant. Surmise and conjecture as to how the deceased came so violently to disagree with his brother do not sustain a verdict. A possibility that undue influence may have been used cannot justify setting aside a will upon that ground. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Oliver J. Dykeman and Joseph Grasheim, Appellants, v. Domenice B. Cardone, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Fourth National Realty Company, Respondent, v. Josiah H. Goodale and Others, Individually, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

George Meigel, Appellant, v. E. V. Crandall Oil and Putty Manufacturing Company, Respondent.— Judgment unanimously affirmed, with costs, upon the authority of *Meigel* v. *Crandall Oil & Putty Mfg. Co.* (141 App. Div. 828). Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.